# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAVISANKAR YARABOTHU,**

        **Plaintiff,**

**v.**                                                **Case No:  6:17-cv-1601-Orl-31DCI**

**MEGAN BRENNAN,**

        **Defendant.**

_____

## ORDER

This Matter comes before the Court on the Unopposed Emergency Motion for Extension of Time (Doc. 56), which asks that the deadline to respond to the pending Motion for Summary Judgment (Doc. 24) be extended to March 8, 2019. Once again, testing the Court's patience, the Plaintiff has requested an extension of the deadlines in this case. Nevertheless, the Court **GRANTS** the Plaintiff's Motion (Doc. 56). The deadline to respond to the Motion for Summary Judgment is hereby extended to March 8, 2019. The deadline for the Defendant's Reply is extended to March 22, 2019.

        **DONE** and **ORDERED** in Chambers, Orlando, Florida on February 19, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party